HARRY N. DAMON, Appellant, v. WESTERN ELECTRIC Co., INC., Respondent.— Plaintiff sues the defendant for breach of an alleged contract. He claims to have entered the employ of the defendant on December 23, 1915, upon a specific agreement that he would receive the benefit of the defendant's compensation plan for employees, and that he was discharged without cause for the specific purpose of depriving him of such benefit. He was laid off on June 1, 1933, after a service of upwards of seventeen years. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City, County and State of New York, for the Construction of an Interstate Vehicular Tunnel under the Hudson River, between the Borough of Manhattan, City and State of New York, and the Township of Weehawken, County of Hudson, State of New Jersey, Appellant, against MARTIN J. BUCKLEY, Respondent, and JOHN C. FORSTER and Others, Defendants.— This is a proceeding for the acquisition by the Port of New York Authority of certain real property in the borough of Manhattan, pursuant to the Condemnation Law of the State of New York for the construction of the new Midtown Hudson tunnel. The appeal is by the Port of New York Authority from that part of the final order, as resettled, confirming the report of the commissioners of appraisal, which grants an additional allowance of costs to the respondent in the sum of $560. Order, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — McAvoy, O'Malley, Townley and Glennon, JJ.

GERTRUDE HAINO and REINHOLD HAINO, Respondents, v. STEPHEN KIRALY, SR., Appellant, Impleaded with Another.— Action to recover damages for personal injuries and for loss of services. Plaintiffs were tenants in an apartment house owned by defendants. Plaintiff Gertrude Haino, in attempting to pull down the bathroom window of their apartment, was caused to lose her balance and fall into the bathtub when the frame or sash broke. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Gertrude Haino to the sum of $2,682.20; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN R. JONES, Respondent, v. JOHN A. SALEEBY, Appellant.—Action brought by a lawyer to recover for professional services rendered to the defendant's wife as necessaries, in an action for separation brought by said wife against her husband, the defendant herein. Order granting plaintiff's motion for summary judgment and striking out defendant's answer and directing the clerk to place cause upon the ready jury day calendar for trial for an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.